In the Matter of the Application of IDA C. BUTTERWORTH for Payment of Award Made for Parcels Nos. 48 and 49 on the Damage Map and in the Report of the Commissioners of Estimate and Assessment in the Proceedings to Acquire Title to East 181st Street from Acqueduct Avenue to Webster Avenue, Borough of Bronx, New York City. MARIA HENRY and Others, Cross-Petitioners, Appellants; WILLIAM LEVIN, as Guardian ad Litem for CECELIA DARMS, an Infant, and Guardian ad Litem and Special Guardian for Any Unknown Infants or Incompetent Parties, Appellants; IDA C. BUTTERWORTH, Petitioner, Respondent; and THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements to the petitioner-respondent. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

IDA LACHTERMAN and SAM LACHTERMAN, Respondents, v. WESTCHESTER STREET TRANSPORTATION COMPANY, INC., and SURFACE TRANSPORTATION CORPORATION OF NEW YORK, Appellants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

MICHAEL C. GRAY, Respondent, v. NEILL RIFE, Appellant.— Order, so far as appealed from, unanimously modified by reinstating paragraph " 24 " of the amended answer and denying the motion to strike out paragraphs " 24 " to " 28," inclusive, and paragraph " 30 " of the amended answer, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant, with leave to the defendant to serve an amended answer within ten days after service of order. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

STEPHEN CALLAGHAN and Others, Respondents, v. FRANK BAILEY and Others, Appellants.— Order, in so far as it grants the motion to modify demand of defendants Bailey and others, for a bill of particulars by striking out items I and II thereof, unanimously reversed with ten dollars costs and disbursements to the appellants and said items allowed as follows: Item I in the following form: " An itemized statement of the assets and liabilities of the Prudence Company, Inc., and the value thereof as of the dates of the declaration and payment of each dividend referred to in the complaint." Item II is allowed except that plaintiffs need not state the aggregate value of all assets and the total amount of all liabilities of Prudence as of October 19, 1937. Bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

STEPHEN CALLAGHAN and Others, Respondents, v. FRANK BAILEY and Others, Appellants.— Order, in so far as it grants the motion to modify the demand of defendants Delafield and others for a bill of particulars by striking out items 1, 3 and 4 thereof, unanimously modified by denying the motion to strike out items 1 and 3 and as so modified affirmed, with ten dollars costs and disbursements to the appellants. Bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.